■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ROLLINS, Appellant. [17 NYS3d 364]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered March 15, 2013. The appeal was held by this Court by order entered February 13, 2015, the decision was reserved and the matter was remitted to Supreme Court, Erie County, for further proceedings (125 AD3d 1540 [2015]).

Now, upon reading and filing the stipulation of discontinuance signed by defendant on June 11, 2015, and by the attorneys for the parties on June 11 and July 6, 2015,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Smith, Carni and Lindley, JJ.

■ In the Matter of ROBERT HAIGLER, Petitioner, v SUPERINTENDENT SHEAHAN, FIVE POINTS CORRECTIONAL FACILITY, Respondent. [17 NYS3d 365]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered Aug. 6, 2014) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Valentino, JJ.